# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>GARZA,<br><br>  Defendant. | **Case No. 1:15-cv-01370-AWI-JLT (PC)**<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE OF SUBMISSION OF DOCUMENTS**<br><br>**(Doc. 21)** |

On May 23, 2016, Plaintiff filed a copy of his operation report which he argues proves that he required surgery as a result of the incident at issue in this action. (Doc. 21.) As stated in the First Informational Order, Plaintiff may not file evidence with the Court until it becomes necessary to do so in connection with a motion, trial, or at the Court's request. (Doc. 3.) Plaintiff does not have a right to unilaterally file such documentary evidence under the Local Rules or the Federal Rules of Civil Procedure. Therefore, Plaintiff's "Notice of Submission of Documents," filed on March 23, 2016 (Doc. 21), is **STRICKEN**.

IT IS SO ORDERED.

   Dated:   **May 24, 2016**               **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE