# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GARZA,<br><br>        Defendant. | Case No.  1:15-cv-01370-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; DISREGARDING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO PRODUCE "EXCULPATORY EVIDENCE;" and STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER**<br><br>**(Docs. 26, 27, 29)** |

On August 18, 2016, Plaintiff filed a motion to compel Defendant to produce a copy of the incident report pertaining to the incident Plaintiff challenges in this action.  (Doc. 26.)  However, the Court did not issue the Discovery and Scheduling Order until September 20, 2016.  (Doc. 30.)  Thus, discovery was not permitted to begin until after that date and, as a result, the motion to compel is procedurally improper.

On August 22, 2016, Plaintiff sought an extension of time "to produce "exculpatory evidence."  (Doc. 27.)  There are no current deadlines for Plaintiff to file any documents with the court.  Further, as stated in the First Informational Order (Doc. 3, p. 3), the Court will not serve as a repository for evidence.  Plaintiff **may not** file evidence (prison, disciplinary or medical records, witness affidavits, etc.) unless in support of a properly noticed motion or upon the Court's order. (*Id.*)  Plaintiff is reminded that evidence improperly submitted will be stricken. (*Id.*)

1

On August 24, 2016, Plaintiff filed a "Response" to Defendant's Answer. (Doc. 29.) However, Plaintiff does not have a right to file a response to Defendant's Answer under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not obtain leave of court to do so.

Accordingly, the Court **ORDERS**:

1. Plaintiff's motion to compel production of documents from Defendant, filed on August 18, 2016 (Doc. 26), is **DENIED** ;

2. Plaintiff's motion for an extension of time to file evidence, filed on August 22, 2016 (Doc. 27), is **DISREGARDED**;

3. Plaintiff's response to Defendant's Answer, filed on August 24, 2016 (Doc. 29), is **STRICKEN** from the record.

IT IS SO ORDERED.

Dated:   **September 28, 2016**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

2