# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>              Plaintiff,<br><br>       v.<br><br>GARZA,<br><br>              Defendant. | Case No.  1:15-cv-01370-DAD-JLT (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION REGARDING AMENDED DISCOVERY AND SCHEDULING ORDER**<br><br>**(Doc. 35)** |

On November 28, 2016, Plaintiff filed a motion inquiring whether he should "respond to" the Amended Discovery and Scheduling Order (Doc. 32), or if Defendant needs to reply to his initial disclosures.  (Doc. 35.)  Plaintiff also requested the Court provide him copies of numerous Local Rules and Rules of Federal Civil Procedure.  (*Id.*)

As stated in an order that issued on October 21, 2016, that previously addressed Plaintiff's confusion on this issue, **initial disclosures are not required in this action**.  (*See* Docs. 32, 34.)  Though Plaintiff previously submitted initial disclosure documents to this Court, the initial Discovery and Scheduling Order which required such disclosures is no longer in effect.  (*Id.*)  The Court sent Plaintiff's initial disclosure documents back to him via the U.S. Postal Service[1] in

---

[1] Plaintiff indicates that he has not received the returned documents.  Thus, the Court requests the Litigation Coordinator look into receipt of these documents at the facility and to make efforts to see that they are returned to Plaintiff.

1

early October.  (*Id.*)  Defendant did not receive Plaintiff's initial disclosure documents and is not under any duty to provide initial disclosure documents to Plaintiff.  Plaintiff should ***not*** await any response from Defendant to his initial disclosure documents, but rather should conduct discovery as provided in the Amended Discovery and Scheduling Order (Doc. 32) that issued on October 5, 2016.

Further, the Court does not provide copies of Local Rules and/or the Federal Rules of Civil Procedure to parties appearing before it.  Such rules should be accessible to Plaintiff via the law library at his current facility of incarceration.  Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion, filed on November 28, 2016 (Doc. 35), is **GRANTED in PART** in as much as this order resolves his confusion regarding initial disclosures; but it is **DENIED in PART** in that the Court will not provide Plaintiff copies of the rules he requested;

(2) The Clerk's Office is directed to forward a copy of this order to the Litigation Coordinator at the Substance Abuse Treatment Facility in Corcoran, California; and

(3) The Litigation Coordinator is requested to facilitate Plaintiff's access both to his initial disclosure documents which the Court mailed to Plaintiff in early October of this year, and to SATF's procedures for inmates to access this Court's Local Rules and Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **December 1, 2016**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE