# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARZA,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01370-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A FREE COPY OF DEPOSITION TRANSCRIPT**<br><br>**(Doc. 39)** |

    On December 29, 2016, Plaintiff filed a motion requesting copies of his deposition transcript. However, Plaintiff is not entitled to a free copy of his deposition transcript. Fed. R. Civ. P. 30(f)(3). He is entitled only to review the transcript and make changes, if he made a request for review before the completion of the deposition. Fed. R. Civ. P. 30(e)(1). If Plaintiff made a timely request, the Court requests that Defendants ensure the review to which he is entitled occurs. Further, if Plaintiff is able to pay for the transcript, he may make arrangements to obtain a copy by directly contacting the court reporter for that purpose. Accordingly, Plaintiff's motion for a copy of the transcript of his deposition is **DENIED**.

IT IS SO ORDERED.

    Dated: **January 23, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE