# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GARZA,<br><br>        Defendant. | No. 1:15-cv-01370-DAD-JLT (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM REQUIRING PHYSICAL PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE ON APRIL 6, 2017**<br><br>**(Doc. 46)** |

This matter is set for a settlement conference on April 6, 2017, for which the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse in Sacramento. (Doc. 43.) Subsequently, Plaintiff filed a request to attend the settlement conference via video rather than appear in person. (Doc. 46.)

Accordingly, Plaintiff Jose A. Ortiz, CDCR # AL-6407, is no longer required to personally appear in court for these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is **HEREBY VACATED**. [1]

IT IS SO ORDERED.

    Dated: __March 9, 2017__                    /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] A separate writ to compel Plaintiff's appearance at the settlement conference via video conference will concurrently issue.

1