UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br>           Plaintiff,<br><br>v.<br><br>B. GARZA,<br>           Defendant. | 1:15-cv-01370-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM RE INMATE JOSE A. ORTIZ, CDC # AL-6407**<br><br>DATE:  April 6, 2017<br>TIME:  1:00 p.m. |

Inmate Jose A. Ortiz, CDCR # AL-6407, is the plaintiff in proceedings in this case on April 6, 2017, and is confined at California Substance Abuse Treatment Facility (SATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman by video conference from his present place of confinement, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, April 6, 2017 at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of court proceedings or as ordered by Judge Newman;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   The Warden of California Substance Abuse Treatment Facility (SATF)

**WE COMMAND** you to produce the inmate named above, by video conference, along with his legal property required for the settlement conference, volume not to exceed one paper box, to appear before Judge Newman at the time and place above, until completion of the settlement conference, or as ordered by Judge Newman.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   __March 9, 2017__                     _____/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE